17 So.2d 426

Carrie GANDY v. CITY OF BIRMINGHAM.

6 Div. 229.

Supreme Court of Alabama.

March 30, 1944.

Wm. Conway, of Birmingham, for the petition.

Ralph E. Parker, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of Carrie Gandy for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Gandy v. City of Birmingham (6 Div. 961) 17 So.2d 421.

Writ denied.

GARDNER, C. J., and BOULDIN and STAKELY, JJ., concur.

17 So.2d 421

Aubrey RICHARDSON v. STATE.

4 Div. 331.

Supreme Court of Alabama.

March 30, 1944.

O. S. Lewis, of Dothan, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Geo. C. Hawkins, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Aubrey Richardson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Richardson v. State, 17 So.2d 419.

Writ denied.

GARDNER, C. J., and BOULDIN and STAKELY, JJ., concur.